133 So.2d 509

COOSA VALLEY TELEPHONE CO.

v.

Raymond F. COX.

7 Div. 540.

Supreme Court of Alabama.

June 22, 1961.

Moore, Thomas, Taliaferro, Forman & Burr, M. L. Taliaferro and C. V. Stelzenmuller, Birmingham, for petitioner.

Starnes & Holladay and John H. Martin, Pell City, opposed.

MERRILL, Justice.

The Court of Appeals did not write an opinion in this case, but affirmed it on the authority of the Martin case. Since we reversed the judgment in that case, it follows that the judgment in the instant case must be reversed and the cause remanded. Coosa Valley Telephone Co. v. Martin, Ala., 133 So.2d 505.

Reversed and remanded.

All the Justices concur.